IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **SUFYAN ALFAROUQI,** | § | |
| | § | |
| Plaintiff, | § | |
| v. | § | Civil Action No. **3:12-CV-3836-L** |
| | § | |
| **TRI-SPEED INVESTMENT, INC.** and | § | |
| **ABDAL KAREM YOUSEF AL-ZOUBI,** | § | |
| | § | |
| Defendants. | § | |

# ORDER

Before the court is Plaintiff's Motion for Entry of Default Against Defendant Abdal Karem Yousef Al-Zoubi (Doc. 14), filed April 23, 2013; Plaintiff's Motion for Entry of Default Against Defendant Tri-Speed Investment, Inc. (Doc. 15), filed April 23, 2013; Defendants' Motion to Set Aside [the Clerk's] Entry of Default (Doc. 19), filed May 13, 2013; Defendants' Motion for Leave to File Supplemental Affidavit in Support of Motion to Set Aside Entry of Default (Doc. 25), filed June 18, 2013; and Defendants' Motion for Leave to File Answer to Lawsuit (Doc.29), filed June 28, 2013. Defendants' Motion to Set Aside [the Clerk's] Entry of Default (Doc. 19) and all related motions were referred to Magistrate David L. Horan, who entered Findings, Conclusions and Recommendation of the United States Magistrate Judge ("Report") on August 28, 2013, recommending that Defendants' Motion to Set Aside [the Clerk's] Entry of Default (Doc. 19) be granted and Defendants' Motion for Leave to File Supplemental Affidavit in Support of Motion to Set Aside Entry of Default (Doc. 25) be denied as moot. No objections to the Report were filed.

Having reviewed the pleadings, motions, briefing, evidence, file, and record in this case, and the findings and conclusions of the magistrate judge, the court determines that the findings and conclusions of the magistrate judge are correct and **accepts** them as those of the court. Accordingly,

Order – Page 1

the court **grants** Defendants' Motion to Set Aside [the Clerk's] Entry of Default (Doc. 19), **denies as moot** Defendants' Motion for Leave to File Supplemental Affidavit in Support of Motion to Set Aside Entry of Default (Doc. 25), and **directs** the clerk of the court to **set aside** the entries of default entered by it on April 23, 2013, and April 25, 2013 (Docs. 16, 18).

Further, the court **denies without prejudice** Plaintiff's Motion for Entry of Default Against Defendant Abdal Karem Yousef Al-Zoubi (Doc. 14) and Plaintiff's Motion for Entry of Default Against Defendant Tri-Speed Investment, Inc. (Doc. 15), **grants** Defendants' Motion for Leave to File Answer to Lawsuit (Doc.29), and **directs** Defendants to file an answer or otherwise respond to Plaintiff's Complaint by **October 7, 2013.**

**It is so ordered** this 23rd day of September, 2013.

_____
Sam A. Lindsay
United States District Judge